CJ-25-2682-

*1061568673*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR 21 2025

RICK WARREN
COURT CLERK
128

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| NATIONAL LOGISTICS ROOFING AND CONSTRUCTION, LLC<br><br>Plaintiff, | ) | |
| v. | ) | Case No. CJ - 2025 - 2682<br>Judge ______ |
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | ) | JURY TRIAL DEMANDED<br>ATTORNEY LIEN CLAIMED |

**PETITION**

COME NOW, the Plaintiff, National Logistics Roofing and Construction, LLC, (hereinafter referred to as "Plaintiff" or "NLR"), and in support of its action against Defendant State Farm Fire and Casualty Company, (hereinafter referred to as "Defendant" and/or "State Farm") states and alleges as follows:

**JURISDICTION AND VENUE**

1. Pursuant to 12 O.S. § 2004(F), this Court has subject matter jurisdiction over the claims asserted herein.

2. Defendant is a foreign insurance company that is not incorporated in Oklahoma and does not have its principal place of business in Oklahoma.

3. Defendant has appointed the Oklahoma Insurance Commissioner as its agent to receive service of legal process.

4. The Oklahoma Insurance Commissioner is located in Oklahoma County, Oklahoma.

## FACTUAL ALLEGATIONS

5. Plaintiff is the valid holder of an Assignment of Claim (AOC) granted to it by Surrey Hills Luxury Condominiums Homeowners Association ("Surrey Hills"), Inc. Plaintiff is the rightful holder of any and all benefits arising from the Claim. Plaintiff has constructively stepped into the place of Surrey Hills in all aspects regarding this Claim, even those which predate the execution of the AOC but after the date of loss.

6. The AOC was executed on April 15, 2025, and is attached as Exhibit 1.

7. Plaintiff and Defendant are parties to an insurance contract identified by Defendant as Policy No. 96-B5-E842-3 (the "Contract").

8. Defendant drafted the Contract.

9. Defendant received consideration from Surrey Hills in the form of payment of premiums to Defendant.

10. In exchange for Defendant's receipt of consideration in the form of premiums paid to it by Surrey Hills, Defendant promised to provide, pursuant to the terms and conditions of the Contract and Oklahoma law, coverage for Plaintiff's property located at 11941 N. Mustang Rd., Yukon, OK 73099.

11. The Contract was in effect on April 19, 2023, and remains in effect as of this filing.

12. Plaintiff reported to Defendant that its property had sustained accidental direct physical loss during the time the Contract was in effect.

13. Defendant assigned Plaintiff's report Claim No. 36-81L4-54X (the "Claim").

14. Defendant wrongfully assigned June 25, 2024, as the date of loss for the Claim.

15. Plaintiff maintains April 19, 2023, as the accurate date of loss for the Claim.

16. Plaintiff disputes Defendant's determination of the benefits it owes under the Contract for the Claim.

**BREACH OF CONTRACT**

17. Plaintiff asserts and alleges that (a) prior to filing this lawsuit it met its burden of demonstrating the accidental direct physical loss to the property is covered under the Contract; (b) prior to the filing of this lawsuit Defendant failed to meet its burden of demonstrating any of the accidental direct physical loss to Plaintiff's property is excluded from coverage; (c) Defendant has breached the Contract by failing to pay Plaintiff all benefits owed to Plaintiff under the Contract necessitated by the covered accidental direct physical loss to Plaintiff's property.

**RESERVATION OF RIGHT TO AMEND/CONFORM**

18. Plaintiff reserves the right to amend its pleading and/or to amend the claims set forth in its pleading and its demand for relief sought to conform to the evidence discovered and/or developed through litigation.

**DEMAND FOR RELIEF**

19. Plaintiff asserts and alleges that due to Defendant's breach of the Contract it has suffered detriment, it is entitled to recover from Defendant the amount of money that is needed to put it in as good a position as it would have been in had Defendant not breached the Contract, and that Defendant is responsible to compensate Plaintiff for all reasonably foreseeable detriment proximately caused by its breach of Contract.

20. Plaintiff asserts and alleges Defendant has breached the Contract by failing to pay it the amounts needed to repair/replace the covered accidental direct physical loss to its property in an amount in excess of $75,000.00.

21. Plaintiff asserts and alleges its right to update the calculation of contractual damages closer in time to the trial of this matter to reflect any changes in pricing and asserts and alleges that it is entitled to recover the costs of any such changes as consequential damages incurred due to Defendant's breach of the Contract.

22. Plaintiff asserts and alleges that in addition to the damages listed above, it is entitled to recovery of consequential damages.

23. Plaintiff asserts and alleges that in addition to the damages listed above, it is entitled to recovery of interest, attorney fees, and costs as permitted and/or mandated by Oklahoma law.

24. The total amount of damages/relief sought by Plaintiff is in excess of $75,000.00 and therefore exceeds the amount required for diversity jurisdiction pursuant to Section 1332 of Title 28 of the United States Code.

Respectfully Submitted,

Dated: April 21, 2025

Ben D. Baker, OBA No. 21475
ben@reddirtlegal.com
Levi B. Baker, OBA No. 35545
levi@reddirtlegal.com
Dawn M. Goeres, OBA No. 21923
dawn@reddirtlegal.com
Red Dirt Legal, PLLC
10334 Greenbriar Parkway
Oklahoma City, OK 73159
Telephone: (405) 527-8001
Facsimile: (405) 527-1539

and

Laurie Koller, OBA No. 16857
laurie@reddirtlegal.com
Red Dirt Legal, PLLC
2504 E. 21st St., Ste B
Tulsa, OK 74114
Telephone: (918) 771-2968
***COUNSEL FOR PLAINTIFF***

# ASSIGNMENT OF CLAIM

**Holder(s):** Surrey Hills Luxury Condos homeowners Assoc Inc.
**Insurer:** State Farm
**Policy#:** 96-B5-E842-3
**Address:** 11941 N. Mustang Rd. Yukon, OK 73099

Surrey Hills Luxury Condominiums HOA Inc

WHEREAS the above-named policy holder(s)______________have hired National Logistics Roofing ("NLR") as his/her/its general contractor. This Assignment shall supersede any previous contracts or agreements. As consideration for this Assignment, NLR shall perform the following Services stated on the Work Authorization. THE HOA hereby irrevocably transfers and assigns unto NLR all rights, benefits, and proceeds for the above-named claim_____________filed with the above-named insurance carrier State Farm on the above-named policy_______________. This Assignment of Claim conveys unto NLR all rights that the HOA has under the Policy # 96B5E842 3 as it relates to the claim # 3681L454X including but not limited to (a) communicating with the Insurer( STATE FARM ), (b) negotiating and settling the Claim # 3681L454X including the scope of loss and values, (c) filing suit against the Insurer( STATE FARM ), (d) recovering damages and attorney fees against the insurer( STATE FARM ) (e) hiring public adjusters, experts, consultants, engineers, and attorneys (f) execute documents related to the Claim # 3681L454X on behalf of the Holder( HOA ), (g) receive, endorse and deposit proceeds paid under the Claim #________ Customer acknowledges that all payments made under the Claim #________ are the property of NLR, which is considered for payment of the Services. In the event that any benefit is paid by the Insurer or a mortgagee for the Property, the Insured( HOA ) shall immediately forward the payment to NLR. Holder( HOA ) warrants that he/she has full authority to assign the Claim #__________ Holder ( HOA ) shall execute all further documents as may be required by the Insurer or NLR in furtherance of this Assignment, the Claim, and/or the Work Authorization.

## INSTRUCTIONS TO INSURER

I have assigned the Claim to NLR, whom I believe is advocating my best interests. I hereby instruct you, the Insurer( STATE FARM ), to honor this Assignment, to communicate all issues with the Claim #__________ including the scope of damages and price directly with NLR, to treat NLR as if it were myself, to send all notices to NLR, and to settle my Claim #3681L454 X directly with NLR.

This assignment shall be binding upon and inure to the benefit of the parties, their successors, permitted assigns and personal representatives. This assignment was executed on 4-15-25, and is immediately effective.

[signature]
Homeowner

[signature]
National Logistics Roofing

EXHIBIT
1